JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5803FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ALEXANDER ZADORIN, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that the ends of justice will be served by ordering a continuance in the case, that continuing the trial date is necessary in order to allow the parties to conduct plea negotiations and to allow defense counsel adequate time to investigate and to effectively prepare for trial, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this case shall be continued from January 17, 2006 to March 20, 2006.

//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                              1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

The period of delay resulting from this continuance from January 17, 2006, up to and including the new trial date of March 20, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 4th day of January, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ _____         /s/ _____
 Linda R. Sullivan                                                David R. Jennings
Attorney for Defendant                                  Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710