JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5803FDB |
| Plaintiff, ) | |
| vs. ) | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ALEXANDER S. ZADORIN, ) | |
| Defendant. ) | |

THIS MATTER is before the above-entitled Court upon the parties Stipulated Motion To Continue Trial Date.

Having considered the entirety of the records and files herein, the Court finds and rules as follows:

Defense counsel represents that Mr. Zadorin has indicated that he wishes to retain private counsel. There is an insufficient showing that new counsel has been retained in this matter, or that current counsel is unprepared to proceed to trial. Accordingly, the stipulated motion to continue trial is DENIED.

IT IS SO ORDERED.

1
2
3   Dated this 3rd day of March, 2006
4
5
6
7
    The Honorable Franklin D. Burgess
8   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28