JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5803FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| | ) | |
| ALEXANDER ZADORIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance n this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to May 8, 2006.

//

//

//

//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

1  The period of delay resulting from this continuance from March 20, 2006, up to and

2  including the new trial date of May 8, 2006, is hereby excluded for speedy trial purposes

3  under 18 U.S.C. §3161(h)(8)(A) and (B).

4       DONE this 14th day of March, 2006.

5

6

7

8

9

10  FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

11  Presented by:

12

13

14

15  /s/                       /s/

16  Linda R. Sullivan           David R. Jennings

17  Attorney for Defendant      Assistant United States Attorney

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE     2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710